GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 850
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Plaintiff Chapter 7 Trustee
Timothy W. Hoffman

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 09-13960-AJ |
| CASCADE ACCEPTANCE CORPORATION, | Chapter 7 |
| Debtor. | |
| TIMOTHY W. HOFFMAN, as Chapter 7 Trustee of Cascade Acceptance Corporation, | A.P. No. 11-3061-AJ |
| Plaintiff, | |
| vs. | |
| BARNEY GLASER, an individual; FRED TAYLOR, an individual; CAROLYN GLASER, an individual; LERNER & BEAR, INC., a New York corporation; BONNIE GLASER, an individual; BARNEY GLASER, JR., an individual; JILLIAN RHINE, an individual; ANDREW RHINE, an individual; MARY CATHERINE TAYLOR SIEBEL, an individual; MILL VALLEY FINANCIAL CORP., a California corporation; 1700 TWIN SISTERS, LLC, a California limited liability company; and GLASER EDUCATIONAL FOUNDATION, | |
| Defendants. | |

-1-

## STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff Chapter 7 Trustee Timothy W. Hoffman, and defendant herein, through their counsel, do stipulate and agree that the above-captioned adversary proceeding shall be, and is hereby, dismissed with prejudice, with each party to bear its own costs.

Dated: March 4, 2013

          GOLDBERG, STINNETT, DAVIS & LINCHEY
          A Professional Corporation

          By:    /s/ Dennis D. Davis
                 Attorneys for Plaintiff Chapter 7 Trustee
                 Timothy W. Hoffman

Dated: February 28, 2013

          SEYFARTH SHALL, LLP

          By:    /s/ David M. Wiseblood
                 Attorneys for Defendant
                 Mary Catherine Taylor Siebel

-2-
Case: 11-03061   Doc# 187   Filed: 03/05/13   Entered: 03/05/13 09:53:08   Page 2 of 2
138153